AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paule Duckett et al.

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia et al.

CASE  Case: 1:07-cv-01116
Assigned To : Robertson, James
Assign. Date : 6/21/2007
Description: Civil Rights Non Employment

TO: (Name and address of Defendant)

Pamela Graham, Chief Financial Officer for the District of
Columbia Public Schools
Office of the Chief Financial Officer
825 North Capitol Street, N.E., Suite 7138
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Omar Vincent Melehy, Melehy & Associates LLC, 8403 Colesville
Road, Suite 610, Silver Spring, Maryland, 20910

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JUN 21 2007
DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Paula Duckett, et al.

vs.

District of Columbia, et al.

No. 1:07-CV-01116 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, WESLEY JENNINGS, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 03-01-1980.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 3:33 pm on July 2, 2007, I served Pamela Graham, Chief Financial Officer of the District of Columbia Public Schools at 825 North Capitol Street, NE, Suite 7036, Washington, DC 20002 by serving Gloria Bell, Chief of Staff, OCFO, DCPS, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     60
HEIGHT-  5'7"
HAIR-    BLACK/GRAY
WEIGHT-  175
RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  7-3-07
              Date

WESLEY JENNINGS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190465