AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Paula Duckett et al.

**SUMMONS IN A CIVIL CASE**

V.

District of Columbia et al.



CAS

TO: (Name and address of Defendant)

Clifford B. Janey, Superintendent
District of Columbia Public Schools
825 North Capitol Street, N.E.
9th Floor Superintendent's Office
Washington, D.C. 20002

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Omar Vincent Melehy, Melehy & Associates LLC, 8403 Colesville Road, Suite 610, Silver Spring, Maryland 20910

an answer to the complaint which is served on you with this summons, within  __20__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON         JUN 21 2007
CLERK                             DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Paula Duckett, et al.

vs.

District of Columbia, et al.

No. 1:07-CV-01116 JR

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

    I, SCOTT KUCIK, having been duly authorized to make service of the Summons, Complaint, Notice Of Right To Consent To Trial Before A United States Magistrate Judge and Initial Electronic Case Filing Order in the above entitled case, hereby depose and say:

    That my date of birth / age is 04-15-1966.

    That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

    That service was made by a private process server.

    That I am not a party to or otherwise interested in this suit.

    That at 9:01 am on July 6, 2007, I served Clifford B. Janey at 2212 Massachusetts Avenue, NW, Washington, DC 20008-2812 by serving Clifford B. Janey, personally. Described herein:

```
   SEX-    MALE
   AGE-    61
HEIGHT-    5'9"
  HAIR-    BLACK/BALDING
WEIGHT-    175
  RACE-    BLACK
```

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 7/6/07
           Date

SCOTT KUCIK
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 190463