U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Paula Duckett, et al.

vs.

District of Columbia, et al.

No. 1:07-CV-01116

## AFFIDAVIT OF SERVICE

to wit: Washington, DC

I, DANIEL F. PORTNOY, having been duly authorized to make service of the Summons and First Amended Complaint Under the United States Constitution and Under 42 U.S.C. 1983 in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1971.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 1:26 pm on July 16, 2007, I served Michelle Rhee, Acting Chancellor, District of Columbia Public Schools at 825 North Capitol Street, NE, 9th Floor, Washington, DC 20002 by serving Frances Malry, Staff Assistant, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     40
HEIGHT-  5'9"
HAIR-    BLACK
WEIGHT-  155
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 7/17/07
            Date

DANIEL F. PORTNOY
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 191279