IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | |
| Plaintiffs, | Case No. 07-01116 (JR) |
| v. | |
| DISTRICT OF COLUMBIA, *et. al.* | |
| Defendants. | |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING
IN RESPONSE TO THE PLAINTIFFS' AMENDED COMPLAINT**

Defendants District of Columbia ("District") and Pamela Graham (collectively the "defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time to file a responsive pleading in response to the plaintiffs' Amended Complaint by an additional ten (10) days (excluding weekends and holidays), to August 6, 2007.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On July 24, 2007, undersigned counsel telephoned plaintiffs' counsel, Omar Melehy, to request his consent to the relief requested in this Motion. Mr. Melehy consented to the motion.

Dated: July 24, 2007.              Respectfully Submitted,

                                   LINDA SINGER
                                   Attorney General for the
                                   District of Columbia

                                   GEORGE C. VALENTINE
                                   Deputy Attorney General
                                   Civil Litigation Division

                                   ____/s/Nicole Lynch_____

---

[1] Defendants do not concede personal jurisdiction by filing this motion. Moreover, Defendants submit that without proof of proper service of process, there is no personal jurisdiction over any defendant in this case.

NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

\_\_\_/s/Toni Michelle Jackson\_\_\_
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of July, 2007, I caused the foregoing CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Omar Vincent Melehy, Esquire**
**MELEHY & ASSOCIATES, LLC**
**8403 Colesville Rd., Suite 610**
**Silver Spring, MD 20910**

\_\_\_\_/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON
Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | |
| Plaintiffs, | Case No. 07-01116 (JR) |
| v. | |
| DISTRICT OF COLUMBIA, *et. al.* | |
| Defendants. | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

Defendants District of Columbia and Pamela Graham, by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time by which they must file a pleading in response to the plaintiff's Amended Complaint by an additional ten (10) days (excluding weekends and holidays), to August 6, 2007. The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P., Rule 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions.

2. The granting of this Motion will not prejudice the plaintiffs. Plaintiffs' counsel has consented to an enlargement.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file a responsive pleading by ten (10) days (excluding weekends and holidays), up to and including August 6, 2007.

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

3

Dated: July 24, 2007.                    Respectfully Submitted,

                                              LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

____/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax:  (202) 727-3625
E-Mail:  toni.jackson@dc.gov

4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | |
| Plaintiffs, | Case No. 07-01116 (JR) |
| v. | |
| DISTRICT OF COLUMBIA, *et. al.* | |
| Defendants. | |

## ORDER

Upon consideration of the Consent Motion to Enlarge the Time to File a Responsive Pleading, and the record herein, it is this _____ day of _____, 2007,

**ORDERED**: that said Motion be and the same hereby is GRANTED, and that the defendants, who have been properly served, shall file a responsive pleading on or before August 6, 2007.

_____
**JUDGE JAMES ROBERTSON**