IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et. al.*<br><br>Defendants. | Case No. 07-01116 (JR) |

### AMENDED CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFFS' AMENDED COMPLAINT

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' amended consent motion to enlarge the time to file a responsive pleading to the plaintiffs' Amended Complaint to August 26, 2007 for all defendants.[1]

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On July 24, 2007 and July 25, 2007, undersigned counsel telephoned plaintiffs' counsel, Omar Melehy, to request his consent to the relief requested in this Motion. Mr. Melehy consented to the motion.

Dated: July 27, 2007.

Respectfully Submitted,

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/Nicole Lynch_____

---

[1] Defendants do not concede personal jurisdiction by filing this motion. Moreover, Defendants submit that without proof of proper service of process, there is no personal jurisdiction over any defendant in this case.

NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

___/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of July, 2007, I caused the foregoing CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Omar Vincent Melehy, Esquire**
**MELEHY & ASSOCIATES, LLC**
**8403 Colesville Rd., Suite 610**
**Silver Spring, MD 20910**

____/s/Toni Michelle Jackson_____
TONI MICHELLE JACKSON
Assistant Attorney General

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et. al.* <br><br> Defendants. | Case No. 07-01116 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF THE AMENDED CONSENT MOTION TO ENLARGE TIME TO FILE A
PLEADING IN RESPONSE TO THE PLAINTIFF'S AMENDED COMPLAINT**

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' amended consent motion to enlarge the time by which they must file a pleading in response to the plaintiff's Amended Complaint to August 26, 2007 for all defendants. The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P., 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[2] The Court has wide discretion to grant such motions.

2. The granting of this Motion will not prejudice the plaintiffs. Plaintiffs' counsel has consented to an enlargement.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file a responsive pleading for all defendants by August 26, 2007.

Dated: July 27, 2007.                                       Respectfully Submitted,

---

[2] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

3

LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

___/s/Toni Michelle Jackson___
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax:  (202) 727-3625
E-Mail:  toni.jackson@dc.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et. al.* <br><br> Defendants. | Case No. 07-01116 (JR) |

### ORDER

Upon consideration of the Amended Consent Motion to Enlarge the Time to File a Responsive Pleading, and the record herein, it is this _____ day of _____, 2007,

**ORDERED**: that said Motion be and the same hereby is GRANTED, and that the defendants shall file a responsive pleading on or before August 26, 2007.

_____
**JUDGE JAMES ROBERTSON**

5