FILED
JUL 2 7 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et. al.* <br><br> Defendants. | Case No. 07-01116 (JR) |

### ORDER

Upon consideration of the Consent Motion to Enlarge the Time to File a Responsive Pleading, and the record herein, it is this _____ day of _____, 2007,

**ORDERED**: that said Motion be and the same hereby is GRANTED, and that the defendants, who have been properly served, shall file a responsive pleading on or before August 6, 2007.

JAMES ROBERTSON
United States District Judge