# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

PAULA DUCKETT,  CAROLYN
SESSOMS, AND CONNIE SPRIGGS,

     Plaintiffs,　　　　　　　　　　Case No. 07-01116 (JR)

        v.

DISTRICT OF COLUMBIA, *et. al.*

           Defendants.

## ORDER

Upon consideration of the Amended Consent Motion to Enlarge the Time to File a

Responsive Pleading, and the record herein, it is this _____1st_____ day of

_____August_____, 2007,

**ORDERED**:  that said Motion be and the same hereby is GRANTED, and that the

defendants shall file a responsive pleading on or before August 26, 2007.


_____
JAMES ROBERTSON
United States District Judge