IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | |
| Plaintiffs, | Case No. 07-01116 (JR) |
| v. | |
| DISTRICT OF COLUMBIA, *et. al.* | |
| Defendants. | |

**DEFENDANTS' OPPOSITION TO PLAINTIFF'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P., Rule 15, respectfully move this Honorable Court to deny plaintiff's Motion for Leave to File Second Amended Complaint.

On August 10, 2007, plaintiffs' counsel filed a motion for leave to file a second amended complaint, indicating that the purpose of the amended complaint "is to add a claim for punitive damages, to make minor corrections and non-substantive changes." (*See* Pl. Mtn., at p. 1.).[1]

I. ARGUMENT

A.   Standards for Allowing Amendments to Pleadings

Under Rule 15 of the Federal Rules of Civil Procedure, once a complaint has been answered, it may only be amended "by leave of court or by written consent of the adverse party." FED. R. CIV. P. 15(a). Rule 15(a) further directs

---

[1] The District takes no position on plaintiffs' assertion that the changes to the complaint are non-substantive.

that "leave shall be freely given when justice so requires." *Id.* As stated by the D.C. Circuit Court of Appeals, there are "multifarious reasons for denying leave to amend." *Harris v. Secretary, U. S. Department of Veterans Affairs*, 126 F.3d 339, 344 (D.C. Cir. 1997).

Among these reasons are "'undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, *futility of the amendment*, etc.'" *Id.* (quoting *Foman v. Davis*, 371 U.S. 178, 182 (1962))(emphasis added).

B.  Plaintiffs' Motion Should Be Denied Because Amendment is Futile

Plaintiffs' motion must be denied as to the District because the amendment would be futile. Plaintiffs seek punitive damages from all defendants, including the District, for the alleged constitutional deprivations discussed above. In *City of Newport v. Fact Concerts*, 453 U.S. 247, 271 (1981), the United States Supreme Court specifically held that municipalities may not be subjected to punitive damages awards under 42 U.S.C. § 1983. Therefore, Plaintiffs' claim for punitive damages must be rejected as to the District of Columbia.

Second, defendants also object to plaintiffs' identification of Michelle Rhee as a party to this action. Ms. Rhee was hired on June 12, 2007. The allegations contained in plaintiffs' Second Amended Complaint occurred in 2002 and 2003. Thus, with regard to Ms. Rhee, plaintiffs' contention that the defendants' "deprived the Plaintiffs' of their property without substantive or procedural due process of law" lacks a good faith basis.

C.  <u>Granting Plaintiff's Motion Would Unduly Prejudice Defendants</u>

Under *Harris*, a motion to amend also may be denied if allowing the amendment would cause "undue prejudice to the opposing party." 126 F.3d at 344. Defendants herein would be unduly prejudiced if plaintiffs were allowed to proceed with their proposed second amended complaint because the amendment is futile as to the District and Ms. Rhee. Thus, were plaintiffs' motion granted, defendant District of Columbia and Ms. Rhee would be left to defend against claims that have no possibility of success on the merits.

## II. CONCLUSION

For the foregoing reasons, Defendants respectfully request that Plaintiffs' Motion for Leave to File Second Amended Complaint be denied with prejudice as to the District of Columbia and Chancellor Michelle Rhee.

Dated: August 24, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

       /s/Nicole L. Lynch            
NICOLE L. LYNCH (471953)
Chief, General Litigation Section II

        /s/Toni Michelle Jackson       
TONI MICHELLE JACKSON (453765)
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S052
Washington, D.C. 20001
(202) 724-6602
(202) 727-3625 (fax)
E-mail:  toni.jackson@dc.gov

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of August, 2007, I caused the foregoing **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT,** to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

**Omar Vincent Melehy, Esquire
MELEHY & ASSOCIATES, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910**

/s/Toni Michelle Jackson
TONI MICHELLE JACKSON
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,<br><br>　　Plaintiffs,<br><br>　　　　v.<br><br>DISTRICT OF COLUMBIA, *et. al.*<br><br>　　Defendants. | Case No. 07-01116 (JR) |

## O R D E R

Upon consideration of the **DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**, Memorandum of Law, and the facts and law considered, it is hereby ORDERED; that the Plaintiffs' Motion is DENIED as to the District of Columbia and Chancellor Michelle Rhee.

So ORDERED this _____ day of _____, 2007.

_____
JUDGE JAMES ROBERTSON