**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAULA DUCKETT, *et al.*, : | |
| : | |
| Plaintiffs, : | |
| : | |
| v.  : | Civil Action No. 07-1116 (JR) |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

## ORDER

Plaintiff's motion for leave to file second amended complaint [#11] is **granted**, defendant may have until **September 12, 2007** to answer, move, or otherwise plead, and an initial scheduling conference is set for **September 17, 2007** at **4:30 p.m.** in the Chambers of the undersigned judge. It is **SO ORDERED**.

JAMES ROBERTSON
United States District Judge