UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Paula Duckett, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> District of Columbia, *et al.*, <br><br> *Defendants*. | Civil Action No.: <br> 1:07-cv-01116 (JR) |

## LOCAL CIVIL RULE 16.3
## REPORT TO THE COURT

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Civil Rule 16.3, Plaintiffs, Paula Duckett, Connie Spriggs and Carolyn Witcher-Sessoms, "Plaintiffs") and Defendants, the District of Columbia, Clifford B. Janey, Pamela Graham and Michelle Rhee, by undersigned counsel, respectfully submit this joint report. The numbered paragraphs below correspond to those in Local Civil Rule 16.3(c).

### STATEMENT OF THE CASE

On or about June 22, 2007, Plaintiffs filed a Complaint against the District of Columbia, Pamela Graham and Clifford Janey, alleging violations of the fourteenth amendment to the United States Constitution and 42 U.S.C. § 1983. In their Complaint, Plaintiffs allege that:

(a)   In 2004 and 2005, Plaintiffs – who were separated from their employment with the District of Columbia Public Schools ("the Agency") -- obtained Final Orders from the District of Columbia Office of Employee Appeals ("DCOEA"), ordering the

1

Agency to place Plaintiffs in ET-15 teaching positions and to restore all of their back pay and benefits which were lost during the period of separation.

(b)     Despite the fact that Plaintiffs obtained enforcement orders from the presiding DCOEA Administrative Judge and later from the DCOEA Office of General Counsel, Defendants failed to comply with the three reinstatement orders.  Plaintiffs allege that Defendants violated their procedural and substantive due process rights under the Fourteenth Amendment to the United States Constitution by failing to obey the three reinstatement orders.

(c)     On or about July 11, 2007, Plaintiffs filed their First Amended Complaint adding Michelle Rhee, Acting Chancellor of the District of Columbia Public Schools as a Defendant.

(d)     On or about August 10, 2007, Plaintiffs filed a Motion for Leave to File Second Amended Complaint along with a proposed Second Amended Complaint principally adding a claim for punitive damages against all Defendants.

(e)     On or about August 29, 2007, this Court issued an Order granting the Plaintiffs Motion for Leave to File Second Amended Complaint, setting an initial Scheduling Conference date of September 17, 2007 and directing the Defendants to file a responsive pleading no later than September 12, 2007.  The Second Amended Complaint was filed on August 30, 2007.

1.     **Dispositive Motions**

There are no pending motions.  However, defendant believes that some or all of the claims in this case may be resolved through a dispositive motion; plaintiff disagrees.

The parties do not believe that discovery should be stayed at this time for dispositive motions.

2. **Joinder/Amendment/Narrowing**

The parties do not anticipate joining any additional parties. However, the parties propose that any motion to join additional parties shall be filed within 60 days of the date of the scheduling conference. Any further amendment of pleadings will be made as allowed by the applicable rules of civil procedure and by order of the Court.

3. **Agreement To Magistrate Judge**

The parties do not request assignment to a magistrate judge.

4. **Possibility Of Settlement**

The parties are conducting settlement negotiations and believe that the possibility of settlement exists.

5. **Alternative Dispute Resolution**

The parties are aware of the Court's alternative dispute resolution (ADR) procedures and have considered the factors listed in LCvR 16.3(c)(5). Plaintiff is willing to participate in mediation, but is not optimistic that the case will be resolved through the mediation process. Defendant is willing to participate in mediation.

6. **Time For Filing Of Dispositive Motions**

Defendant expects to file a dispositive motion upon the close of discovery in this case. The parties suggest that any post-discovery dispositive motion should be filed within 60 days after the close of discovery, that any opposition to that motion should be filed within 45 days of the filing of the dispositive motion, and that any reply to the opposition should be filed within 30 days of the filing of the opposition.

7.   **Initial Disclosures**

The parties stipulate that they shall dispense with the initial disclosures required under Rule 26(a)(1), Fed. R. Civ. P.

8.   **Extent Of Discovery**

Plaintiffs and Defendants expect to serve requests for admission, interrogatories, document requests, and to take depositions. Plaintiff and Defendant propose that discovery should be completed within 180 days of the initial scheduling conference (March 15, 2008).

At this time, Plaintiffs and Defendants propose no departure from the presumptive limits on interrogatories and depositions.

9.   **Experts**

The parties propose that plaintiff's expert disclosures be served within 90 days after the entry of the scheduling order, and that defendant's expert disclosures should be served within 60 days after service of plaintiff's expert disclosures.

10.   **Class Actions**

This is not a class action.

11.   **Bifurcation**

The parties propose that there should not be bifurcation of the trial and/or discovery.

12.   **Pretrial Conference**

The parties propose that the Court schedule a pretrial conference, if one is necessary, after the Court rules on any dispositive motions.

13. **Trial Date**

The parties propose that it is too early to set a firm trial date, and that a trial should be set at the pretrial conference.

Respectfully submitted,

By:___/s/_____        By:___/s/_____
   Omar Vincent Melehy, DC Bar No. 415849      Toni Michelle Jackson, DC Bar No.
   Melehy & Associates, LLC                    Assistant Attorney General
   8403 Colesville Road, Suite 610             441 4th Street, N.W.
   Silver Spring, Maryland 20910               Suite 6S052
   (301) 587-6364                              Washington, DC 20001
                                               (202) 724-6602
   *Counsel for Plaintiffs*
                                               *Counsel for Defendants*

Dated this 30th day of August, 2007

5