IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULA DUCKETT, et al.,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01116 |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANT'S MOTION TO
DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**

Plaintiff, Paula Duckett, by and through Omar Vincent Melehy and the law firm of Melehy & Associates, LLC seeks a ten (10) day extension for filing Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint, currently due October 5, 2007. In support the motion, Plaintiff states as follows:

1. Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is currently due on October 5, 2007.

2. Counsel for Plaintiff contacted Defendant directly at 11:46 p.m. on September 27, 2007 and requested a ten (10) day extension to file Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. The proposed deadline is October 15, 2007.

3. Defendant does not oppose the continuance.

4. No prejudice will ensue to either party if a ten (10) day continuance is granted.

WHEREFORE, the Plaintiff respectfully requests this Court to grant the motion to extend time for Plaintiff's Response to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint to and including October 15, 2007.

Respectfully Submitted,

\_\_\_\_\_/s/_____
Omar Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of September, 2007, a copy of the foregoing Motion was served by first class mail postage pre-paid to:

Toni Michelle Jackson, Esq.
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625


_____/s/_____
Omar Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01116 |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

ORDER

After due consideration of the **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT, and any opposition hereto** it is this _____ day of _____, 2007, hereby

**ORDERED** that the Motion for the Continuance to Respond to Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint is **GRANTED**

_____
JUDGE