IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et. al.* <br><br> Defendants. | Case No. 07-01116 (JR) |

**CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY BRIEF**

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time to file a reply brief in response to the plaintiffs' opposition to the motion to dismiss by an additional five (5) days (excluding weekends and holidays), to October 29, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto. On October 19, 2007, undersigned counsel telephoned plaintiffs' counsel, Omar Melehy, to request his consent to the relief requested in this Motion. Mr. Melehy consented to the motion.

Dated: October 22, 2007.            Respectfully Submitted,

LINDA SINGER
Attorney General, District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Lit. Div.

____/s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief, General Litigation § II

                    ___/s/Toni Michelle Jackson___  
                    TONI M. JACKSON (453765)  
                    Assistant Attorney General  
                    441 4th Street, NW, 6th Floor South  
                    Washington, DC 20001  
                    (202) 724-6602  
                    Fax: (202) 727-3625  
                    E-Mail: toni.jackson@dc.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2007, I caused the foregoing CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY BRIEF to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

      **Omar Vincent Melehy, Esquire**  
      **MELEHY & ASSOCIATES, LLC**  
      **8403 Colesville Rd., Suite 610**  
      **Silver Spring, MD 20910**

                    ____/s/Toni Michelle Jackson_____  
                    TONI MICHELLE JACKSON  
                    Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,<br><br>Plaintiffs,<br><br>v.<br><br>DISTRICT OF COLUMBIA, *et. al.*<br><br>Defendants. | Case No. 07-01116 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE CONSENT MOTION TO ENLARGE TIME TO FILE A REPLY BRIEF**

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. Rule 6(b), hereby respectfully request that the Court grant defendants' consent motion to enlarge the time by which they must file a reply brief by an additional ten (5) days (excluding weekends and holidays), to October 29, 2007. The Motion should be granted for the reasons set forth below:

1. Fed. R. Civ. P., Rule 6(b) gives the Court authority to grant parties additional time to comply with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions.

2. The granting of this Motion will not prejudice the plaintiffs. Plaintiffs' counsel has consented to an enlargement.

WHEREFORE, for the reasons stated herein, defendants request that this Court expand the time to file a reply brief by five (5) days (excluding weekends and holidays), up to and including October 29, 2007.

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

3

Dated: October 22, 2007.                    Respectfully Submitted,

                                                                      LINDA SINGER
Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

    /s/Nicole Lynch_____
NICOLE L. LYNCH [471953]
Section Chief
General Litigation § II

   /s/Toni Michelle Jackson\_\_
TONI M. JACKSON (453765)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6602
Fax: (202) 727-3625
E-Mail: toni.jackson@dc.gov

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et. al.*<br><br>  Defendants. | Case No. 07-01116 (JR) |

## ORDER

Upon consideration of the Consent Motion to Enlarge the Time to File a Reply Brief, and the record herein, it is this _____ day of _____, 2007,

**ORDERED**: that said Motion be and the same hereby is GRANTED, and that the defendants, shall file a reply brief on or before October 29, 2007.

_____
**JUDGE JAMES ROBERTSON**