## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | |
| Plaintiffs, | Case No. 07-01116 (JR) |
| v. | |
| DISTRICT OF COLUMBIA, *et. al.* | |
| Defendants. | |

### NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE

Will the Clerk of the Court please withdraw the appearance of Toni Michelle Jackson as attorney for the defendants and enter the appearance of Assistant Attorney General Alex Karpinski as attorney for the defendants.

         Respectfully submitted,

         PETER J. NICKLES
         Interim Attorney General
         District of Columbia

         GEORGE C. VALENTINE
         Deputy Attorney General
         Civil Litigation Division

         _____/s/ Nicole Lynch_____
         NICOLE LYNCH [471953]
         Section Chief
         General Litigation Section II

   /s/ Alex Karpinski        
ALEX KARPINSKI [1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, I caused the foregoing NOTICE OF WITHDRAWAL AND ENTRY OF APPEARANCE to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Omar Vincent Melehy, Esq.
8403 Colesville Road, Suite 610
Silver Spring, MD 20910

   /s/ Alex Karpinski        
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.