IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | |
| Plaintiffs, | Case No. 07-01116 (JR) |
| v. | |
| DISTRICT OF COLUMBIA, *et. al.* | |
| Defendants. | |

### PRAECIPE REGARDING CASE STATUS

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), file this praecipe in order to inform the Court regarding the status of this case. The defendants state as follows:

In order to comply with the Office of Employee Appeals' Order, the District has placed plaintiff Carolyn Sessions and plaintiff Connie Spriggs in positions within the District of Columbia Public Schools. The District is working to place the third plaintiff, Paula Duckett, in a position within the District of Columbia Public Schools. As such, the parties are also working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees.

            Respectfully submitted,

            PETER J. NICKLES
            Interim Attorney General
            District of Columbia

            GEORGE C. VALENTINE
            Deputy Attorney General
            Civil Litigation Division

       /s/ Nicole Lynch
      NICOLE LYNCH [471953]
      Section Chief
      General Litigation Section II


       /s/ Alex Karpinski
      ALEX KARPINSKI [1]
      (Michigan Bar No. P58770)
      Assistant Attorney General
      441 4th Street, N.W., 6th Floor South
      Washington, D.C. 20001
      alex.karpinski@dc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of April, 2008, I caused the foregoing PRAECIPE REGARDING CASE STATUS to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

    Omar Vincent Melehy, Esq.
    8403 Colesville Road, Suite 610
    Silver Spring, MD 20910


       /s/ Alex Karpinski
      ALEX KARPINSKI [2]
      (Michigan Bar No. P58770)
      Assistant Attorney General
      441 4th Street, N.W., 6th Floor South
      Washington, D.C. 20001
      alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.
[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.