IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, : <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 07-01116 (JR) |

## DEFENDANT'S EMERGENCY MOTION TO QUASH DEPOSITION NOTICES

Defendants District of Columbia, Michelle Rhee, Clifford B. Janey and Pamela Graham, by and through undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. Pro. 26 for an order quashing plaintiffs' deposition notices served on Michelle Rhee, Clifford B. Janey and Pamela Graham on May 9, 2008 for depositions on June 9, 10, and 11, 2008. In support of this motion the defendants state that plaintiffs' deposition notices were served in clear violation of the Federal Rules of Civil Procedure as well as the Local Rules for the United States District Court for the District of Columbia.

A memorandum of points and authorities in support of this motion is attached.

                                                                                     Respectfully submitted,
                                                                                     PETER J. NICKLES
                                                                                     Interim Attorney General for the
                                                                                     District of Columbia

                                                                                      GEORGE C. VALENTINE
                                                                                     Deputy Attorney General
                                                                                     Civil Litigation Division

        /s/
TONI MICHELLE JACKSON (453765)
Acting Chief, General Litigation § III


        /s/
ALEX KARPINSKI
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,<br><br>  Plaintiffs,<br><br>  v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>  Defendants. | Case No. 07-01116 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION OF DEFENDANTS TO QUASH DEPOSITION NOTICES**

**PRELIMINARY STATEMENT**

This is an employment action in which the plaintiffs' allege the defendants failed to comply with an order from the District's Office of Employee Appeals. Pending before the Court is the defendants' motion to dismiss the complaint. Additionally, in order to comply with the Office of Employee Appeals' Order, the District has placed plaintiff Carolyn Sessions and plaintiff Connie Spriggs in positions within the District of Columbia Public Schools. The District is working to place the third plaintiff, Paula Duckett, in a position within the District of Columbia Public Schools. As such, the parties are also working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees.[1]

On May 9, 2008, counsel for plaintiffs served deposition notices for defendants Michelle Rhee, Pamela Graham and Clifford Janey. (Exhibit 1). The depositions are to take place on June

---

[1] Defendants filed a praecipe to this effect, notifying the Court of the parties' work toward resolving this matter, on April 22, 2008.

9, 10 and 11, 2008. For the reasons outlined below, the deposition notices must be quashed as plaintiffs may not engage in discovery without first seeking leave from this Court.

### PLAINTIFFS ARE NOT ENTITLED TO ENGAGE IN DISCOVERY

Plaintiffs cannot engage in discovery because the parties have not conferred as required by Fed. R. Civ. P. 26 (d) (1). Federal Rule of Civil Procedure 26 (d) (1) provides that "A party may not seek discovery from any source before the parties have conferred as required by Rule 26 (f)." In accordance with Rule 26 (f), "the parties must confer as soon as practicable-and in any event at least 21 days before a scheduling conference is to be held or a scheduling order is due under Rule 16 (b)."

Plaintiffs' attempt to engage in discovery is also a clear violation of Rule 26 (d) (1) and (f). The parties have not conferred as required under the rule and, a date for a scheduling conference has not been set. If plaintiffs want to engage in discovery before conferring, plaintiffs are required to first seek leave of court before doing so. Fed. R. Civ. Pro. 26 (d) (1). Plaintiffs have not sought leave of court to begin discovery and therefore, they may not do so. Further, even if leave of court were sought, it should be denied as the defendants have a pending motion to dismiss the complaint and, therefore, discovery is premature at this stage. Finally, discovery is not necessary given that the parties are working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees and have all but resolved this matter.

### CONCLUSION

In conclusion, plaintiffs have failed to comply with the rules of civil procedure, and therefore, plaintiffs cannot engage in discovery at this point without first seeking leave of the court. For these reasons, the defendants move for an order quashing the deposition notices.

WHEREFORE, Defendants respectfully request that this Court grant the instant motion.

>Respectfully submitted,
>
>PETER J. NICKLES
>Interim Attorney General for the
>District of Columbia
>
>GEORGE VALENTINE
>Deputy Attorney General
>Civil Litigation Division
>
>_____/s/_____
>TONI MICHELLE JACKSON (453765)
>Acting Chief, General Litigation § III
>
>_____/s/_____
>ALEX KARPINSKI[2]
>(Michigan Bar No. P58770)
>Assistant Attorney General
>441 Fourth Street, N.W., 6th Floor South
>Washington, D.C. 20001
>E-mail: alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May, 2008, I caused the foregoing DEFENDANTS' EMERGENCY MOTION TO QUASH DEPOSITION NOTICES to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Omar Vincent Melehy, Esq.
8403 Colesville Road, Suite 610
Silver Spring, MD  20910


    /s/ Alex Karpinski
ALEX KARPINSKI [3]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov

---

[3] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, :<br><br>Plaintiffs, :<br><br>v. :<br><br>DISTRICT OF COLUMBIA, *et al.*, :<br><br>Defendants. : | Case No. 07-01116 (JR) |

**ORDER**

Upon consideration of the defendants' Emergency Motion To Quash Deposition Notices, and the record herein, it is this _____ day of _____, 2008, **ORDERED:** that said Motion be and that same hereby is GRANTED, and that the depositions of Pamela Graham, Clifford Janey and Michelle Rhee, noticed for June 9, 2008, June 10, 2008 and June 11, 2008 respectively, shall be cancelled.

_____
**JUDGE JAMES ROBERTSON**

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01116 |
| ) | |
| DISTRICT OF COLUMBIA, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S NOTICE OF DEPOSITION OF PAMELA GRAHAM**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Pamela Graham. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Monday June 9, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_____
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, this Notice of deposition of Pamela Graham was served by Federal Express to:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:07-cv-01116 |
| DISTRICT OF COLUMBIA, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S NOTICE OF DEPOSITION OF CLIFFORD P. JANEY**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Clifford P. Janey. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Tuesday, June 10, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_____
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, this Notice of deposition of Clifford P. Janey was served by Federal Express to:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01116 |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF DEPOSITION OF MICHELLE RHEE**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Michelle Rhee. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Wednesday, June 11, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_/s/ Vincent Melehy_
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, this Notice of deposition of Michelle Rhee was served by Federal Express to:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,<br><br>          Plaintiffs,<br><br>     v.<br><br>DISTRICT OF COLUMBIA, *et al.*,<br><br>          Defendants. | Case No. 07-01116 (JR) |

**ORDER**

Upon consideration of the defendants' Emergency Motion To Quash Deposition Notices, and the record herein, it is this _____ day of _____, 2008, **ORDERED:** that said Motion be and that same hereby is GRANTED, and that the depositions of Pamela Graham, Clifford Janey and Michelle Rhee, noticed for June 9, 2008, June 10, 2008 and June 11, 2008 respectively, shall be cancelled.

_____
**JUDGE JAMES ROBERTSON**