IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et. al.* <br><br> Defendants. | Case No. 07-01116 (JR) |

## PRAECIPE WITHDRAWING EMERGENCY MOTION FILED 5-28-08

Defendants District of Columbia ("District"), Michelle Rhee, Clifford B. Janey and Pamela Graham (collectively the "defendants"), file this praecipe in order to withdraw their emergency motion to quash deposition notices, filed May 28, 2008, Docket No. 26. The defendants state as follows:

Defendants file this praecipe withdrawing their emergency motion to quash deposition notices as counsel was unaware the parties had met and conferred pursuant to federal civil procedure rules and previously filed a meet and confer statement. As such, defendants file this praecipe withdrawing their motion and to clarify that fact. However, the defendants will file a new motion seeking a protective order quashing these depositions pursuant to Fed. R. Civ. P 26 given that no Scheduling Order has been entered, the defendants motion to dismiss remains pending and the District has placed the plaintiffs in positions within the District of Columbia Public Schools and the parties are also working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
TONI MICHELLE JACKSON (453765)
Acting Chief, General Litigation § III

_____/s/_____
ALEX KARPINSKI[1]
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov

---

[1] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of May, 2008, I caused the foregoing PRAECIPE WITHDRAWING EMERGENCY MOTION FILED 5-28-08 to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Omar Vincent Melehy, Esq.
8403 Colesville Road, Suite 610
Silver Spring, MD  20910


____/s/ Alex Karpinski_____
ALEX KARPINSKI [2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.