IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 07-01116 (JR) |

**DEFENDANT'S EMERGENCY MOTION TO QUASH DEPOSITION NOTICES**

Defendants District of Columbia, Michelle Rhee, Clifford B. Janey and Pamela Graham, by and through undersigned counsel, hereby move this Court pursuant to Fed. R. Civ. Pro. 26 for a protective order quashing plaintiffs' deposition notices served on Michelle Rhee, Clifford B. Janey and Pamela Graham on May 9, 2008 for depositions on June 9, 10, and 11, 2008.

A memorandum of points and authorities in support of this motion is attached.

**LCvR 7(m) CERTIFICATION**

Defense counsel certifies that, pursuant to LCvR 7(m), attempts to resolve this discovery dispute with Plaintiff were made prior to the filing of this motion. Plaintiff opposes this motion and the dispute could not be resolved.

                                                                        Respectfully submitted,
PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

        /s/
TONI MICHELLE JACKSON (453765)
Acting Chief, General Litigation § III




        /s/
ALEX KARPINSKI
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, <br><br> Plaintiffs, <br><br> v. <br><br> DISTRICT OF COLUMBIA, *et al.*, <br><br> Defendants. | Case No. 07-01116 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' EMERGENCY MOTION OF DEFENDANTS TO QUASH DEPOSITION NOTICES**

**PRELIMINARY STATEMENT**

This is an employment action in which the plaintiffs' allege the defendants failed to comply with an order from the District's Office of Employee Appeals. Pending before the Court is the defendants' motion to dismiss the complaint. Additionally, in order to comply with the Office of Employee Appeals' Order, the District has placed the plaintiffs in positions within the District of Columbia Public Schools. As such, the parties are also working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees.[1]

On May 9, 2008, counsel for plaintiffs served deposition notices for defendants Michelle Rhee, Pamela Graham and Clifford Janey. (Exhibit 1). The depositions are to take place on June 9, 10 and 11, 2008. For the reasons outlined below, the defendants seek a protective order pursuant to Fed. R. Civ. P. 26 quashing the deposition notices.

---

[1] Defendants filed a praecipe to this effect, notifying the Court of the parties' work toward resolving this matter, on April 22, 2008.

## DEFENDANTS SEEK A PROTECTIVE ORDER PROVIDING THAT THE DEPOSITIONS NOT BE HAD PURSUANT TO FED. R. CIV. PRO. 26

Defendants request a protective order quashing plaintiffs' deposition notices served on Michelle Rhee, Clifford B. Janey and Pamela Graham on May 9, 2008 for depositions on June 9, 10, and 11, 2008. To date, no Scheduling Order has been entered and the defendants' motion to dismiss remains pending. Additionally, and more importantly, as defendants have notified the Court previously, the District has placed the plaintiffs in positions within the District of Columbia Public Schools and the parties are also working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees.

Given, then, that this matter has all but resolved, the defendants seek an Order quashing the noticed depositions under Fed. R. Civ. P. 26(c)(1). Fed. R. Civ. P. 26 provides that a party may move for such an Order and, for "good cause" shown, to protect a party from annoyance, embarrassment, oppression, or undue burden or expense, an Order may be entered, among other forms of relief, providing that the discovery not be had.

Defendants submit that this is exactly such a situation. This matter has all but resolved and, despite plaintiffs being returned to their positions and the parties work toward resolution of back pay and attorneys' fee issues, plaintiff apparently seeks these depositions as a result of frustration with the process involved. This is not a proper purpose for discovery and would be a waste of time and expense for all involved. Defendants would also point out that, as one of the few remaining issues is who will pay the plaintiffs' attorneys' fees, these depositions will only render complete resolution a more complicated and arduous process as the depositions will invariably increase the fees at issue. As such, defendants request a protective order quashing

plaintiffs' deposition notices served on Michelle Rhee, Clifford B. Janey and Pamela Graham on May 9, 2008 for depositions on June 9, 10, and 11, 2008.

      WHEREFORE, Defendants respectfully request that this Court grant the instant motion.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the
District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


      /s/
TONI MICHELLE JACKSON (453765)
Acting Chief, General Litigation § III


      /s/
ALEX KARPINSKI[2]
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
E-mail: alex.karpinski@dc.gov

---

[2] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2008, I caused the foregoing DEFENDANTS' EMERGENCY MOTION TO QUASH DEPOSITION NOTICES to be filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to:

Omar Vincent Melehy, Esq.
8403 Colesville Road, Suite 610
Silver Spring, MD  20910

           /s/ Alex Karpinski
ALEX KARPINSKI [3]
(Michigan Bar No. P58770)
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C.  20001
alex.karpinski@dc.gov

---

[3] Pursuant to the Local Rules of the United States District Court for the District of Columbia, Mr. Karpinski has registered with the Clerk's office as a Government Attorney and is appearing pursuant to LCvR 83.2.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS,  :<br><br>Plaintiffs,  :<br><br>v.  :<br><br>DISTRICT OF COLUMBIA, *et al.*,  :<br><br>Defendants.  : | Case No. 07-01116 (JR) |

**ORDER**

Upon consideration of the defendants' Emergency Motion To Quash Deposition Notices, and the record herein, it is this _____ day of _____, 2008, **ORDERED:** that said Motion be and that same hereby is GRANTED, and that the depositions of Pamela Graham, Clifford Janey and Michelle Rhee, noticed for June 9, 2008, June 10, 2008 and June 11, 2008 respectively, shall be cancelled.

_____
**JUDGE JAMES ROBERTSON**

Exhibit 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01116 |
| | ) |
| DISTRICT OF COLUMBIA, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF DEPOSITION OF PAMELA GRAHAM**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Pamela Graham. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Monday June 9, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_____
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, this Notice of deposition of Pamela Graham was served by Federal Express to:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:07-cv-01116 |
| | ) |
| DISTRICT OF COLUMBIA, *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFF'S NOTICE OF DEPOSITION OF CLIFFORD P. JANEY**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Clifford P. Janey. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Tuesday, June 10, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_____
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, this Notice of deposition of Clifford P. Janey was served by Federal Express to:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 1:07-cv-01116 |
| DISTRICT OF COLUMBIA, et al., | ) |
| Defendants. | ) |

**PLAINTIFF'S NOTICE OF DEPOSITION OF MICHELLE RHEE**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Michelle Rhee. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Wednesday, June 11, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_____
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:   (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2008, this Notice of deposition of Michelle Rhee was served by Federal Express to:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | : : : : |
| Plaintiffs, | : : |
| v. | Case No. 07-01116 (JR) : : |
| DISTRICT OF COLUMBIA, *et al.*, | : : |
| Defendants. | : : |

**ORDER**

Upon consideration of the defendants' Emergency Motion To Quash Deposition Notices, and the record herein, it is this _____ day of _____, 2008, **ORDERED:** that said Motion be and that same hereby is GRANTED, and that the depositions of Pamela Graham, Clifford Janey and Michelle Rhee, noticed for June 9, 2008, June 10, 2008 and June 11, 2008 respectively, shall be cancelled.

_____
**JUDGE JAMES ROBERTSON**