**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **PAULA DUCKETT,** *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **DISTRICT OF COLUMBIA,** *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:07-cv-01116 |

_____

**MOTION TO ENTER APPEARANCE *PRO HAC VICE***

      Plaintiffs Paula Duckett, Connie Spriggs, and Denise Witcher-Sessoms, by their counsel, hereby requests that the Court enter an appearance *pro hac vice* of Lawrence Rudden, of the law office of Melehy & Associates, LLC, as co-counsel for Plaintiffs in the above-captioned case pursuant to Local Court Rules 83.2(c)(1) and 83.2(d).  In support of this Motion, the Plaintiff incorporates the attached declaration of Lawrence Rudden.

      WHEREFORE, Plaintiff respectfully requests that the Court permit Lawrence Rudden to enter an appearance *pro hac vice* in the above-captioned case.  A proposed Order is attached.

                                                                   /s/ Vincent Melehy_____
                                                     Vincent Melehy
                                                     Bar No: 415849
                                                     Melehy & Associates LLC
                                                     8403 Colesville Road, Suite 610
                                                     Silver Spring, Maryland 20910
                                                     Phone: (301) 587-6364
                                                     Fax: (301) 587-6308
                                                     *Counsel for Plaintiff*

# **DECLARATION**

I, Lawrence Rudden, hereby declare that the following statements are true and correct to the best of my knowledge:

1. My full name is Lawrence Charles Rudden,

2. My office address is 8403 Colesville Road, Suite 610, Silver Spring, MD 20910, and my office telephone number is (301) 587-6364,

3. Presently, I have been admitted to the State Bar of Maryland.

4. I have not been admitted *pro hac vice* to this Court in the past two years.

I hereby certify that I have never been disciplined by any bar and I do not engage in the practice of law from an office located in the District of Columbia.

        /s/ Lawrence Rudden
        Lawrence Rudden

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2008, a copy of the foregoing Motion to Enter Appearance *Pro Hac Vice* was served electronically via the Court's electronic filing system to:

ALEX KARPINSKI
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001

Toni Michelle Jackson
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

/s/ Vincent Melehy
Vincent Melehy

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **PAULA DUCKETT,** *et al.,* | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Civil Action No. 1:07-cv-01116 |
| | ) |
| **DISTRICT OF COLUMBIA,** *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

After consideration of the Plaintiff's Motion to Enter Appearance *Pro Hac Vice* and any

Opposition, it is this _____ day of _____, 2008,

ORDERED that the Motion is hereby granted.

_____
United States District Court Judge

Copies, via the Court's Electronic Filing System to:

ALEX KARPINSKI
(Michigan Bar No. P58770)
Assistant Attorney General
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
*Attorney for Defendant*

Toni Michelle Jackson
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
*Attorney for Defendant*

Vincent Melehy
Lawrence Rudden
*Attorneys for Plaintiffs*