UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAULA DUCKETT, *et al.*,          :
                                  :
    Plaintiffs,                 :
                                  :
  v.                              : Civil Action No. 07-1116 (JR)
                                  :
DISTRICT OF COLUMBIA, *et al.*,   :
                                  :
    Defendants.                 :

### ORDER

Upon consideration of plaintiff's motion for the *pro hac vice* appearance of Lawrence Rudden [29], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically. No court papers will be mailed to any lawyer.

                                            JAMES ROBERTSON
                                  United States District Judge