IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, | : : : |
| Plaintiffs, | : : Case No. 07-01116 (JR) |
| v. | : : |
| DISTRICT OF COLUMBIA, *et al.*, | : : |
| Defendants. | : : |

**DEFENDANT CHANCELLOR RHEE'S MOTION FOR PROTECTIVE ORDER
AND TO QUASH NOTICE OF DEPOSITION**

Defendant Chancellor Rhee, of the District of Columbia Public Schools ("DCPS"), through undersigned counsel, hereby moves this court pursuant to Fed. R. Civ. Pro. 26(c) to issue a protective order stating that Plaintiffs may not depose Chancellor Rhee and to quash Plaintiffs' notice for her deposition. The bases for the motion are as follows:

1. Chancellor Rhee is a high government official and is therefore afforded special protections from deposition in civil actions;

2. Chancellor Rhee is not in possession of any personal knowledge of the events at issue;

3. Whatever knowledge Chancellor Rhee may possess may be obtained from other, lower-ranking government employees or through documents produced during the course of discovery; and

4. Plaintiffs have not made the requisite showing that the deposition of Chancellor Rhee is essential to prevent injustice or prejudice to their case.

These grounds are further explained in the accompanying Memorandum of Points and Authorities in Support of Chacellor Rhee's Motion for Protective Order and to Quash Notice of Deposition.

### LCvR 7(m) CERTIFICATION

Defense counsel certifies that, pursuant to LCvR 7(m), attempts to resolve this discovery dispute with plaintiff were made via e-mail correspondence on July 23, 2008, via telephone conference on July 28, 2008 and via additional e-mail correspondence exchanged on July 30, 3008. The dispute could not be resolved.

Dated: July 30, 2008

        Respectfully Submitted,

        PETER J. NICKLES
        Acting Attorney General for the
        District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        __/s/ Toni Michelle Jackson_____
        TONI MICHELLE JACKSON [453765]
        Chief, General Litigation Section III

            _____/s/ Alex Karpinski_____
            ALEX KARPINSKI [982184]
            Assistant Attorney General
            441 4th Street, N.W., 6th Floor South
            Washington, D.C. 20001
            alex.karpinski@dc.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, : : : : Plaintiffs, : : v. : : DISTRICT OF COLUMBIA, *et al.*, : : Defendants. : | Case No. 07-01116 (JR) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT CHANCELLOR RHEE'S MOTION FOR PROTECTIVE ORDER AND TO QUASH NOTICE OF DEPOSITION**

**PRELIMINARY STATEMENT**

This is an employment action in which the plaintiffs allege the defendants failed to comply with an order from the District's Office of Employee Appeals. Pending before the Court is the defendants' motion to dismiss the complaint. Additionally, in order to comply with the Office of Employee Appeals' Order, the District has placed plaintiffs in positions within DCPS. The parties are also working toward resolution of outstanding issues concerning the plaintiffs' back pay and attorney fees.[1]

On July 14, 2008, prior to checking with defense counsel concerning the witnesses' availability, counsel for plaintiffs served arbitrary deposition notices for defendants Chancellor Rhee, Pamela Graham and former Superintendent Janey. (Exhibit 1). The dates and times noticed for defendants Graham and Janey need to be re-

---

[1] Defendants filed a praecipe to this effect, notifying the Court of the parties' work toward resolving this matter, on April 22, 2008, and informed the Court of these efforts at a status hearing on June 13, 2008.

scheduled, but Chancellor Rhee files this motion for a protective order concerning her deposition for the reasons provided below.

## ARGUMENT

Chancellor Rhee's Motion for Protective Order, pursuant to Fed. R. Civ. Pro. 26, should be granted because Chancellor Rhee is a high-ranking government official, *see Alliance for Global Justice v. District of Columbia*, 2005 U.S. Dist. LEXIS 15190 at *8 (D.D.C. July 29, 2005), and Plaintiff has not clearly shown that Ms. Rhee's deposition is "essential to prevent prejudice or injustice to" Plaintiff. *Bardoff v. United States*, 628 A.2d 86, 93 (D.C. 1993) (quoting *Davis v. United States*, 390 A.2d 976, 981 (D.C. 1978)).

Appellate courts have stated, "[c]ommon sense seems to suggest that administrative heads . . . should not be called to testify personally unless a clear showing is made that such a proceeding is essential to prevent prejudice or injustice to the party who would require it." *Davis v. United States*, 390 A.2d 976, 981 (D.C. 1978) (citing *Wirtz v. Local 30, Int'l Union of Operating Eng'rs*, 34 F.R.D. 13 (S.D.N.Y. 1963)). In *Bardoff*, the D.C. Court of Appeals explained that its holding in *Davis* applied not only to the personal testimony of administrative heads, but to all "high government officials." *Bardoff*, 628 A.2d at 93.

Ms. Rhee is the Chancellor for DCPS. As Chancellor Rhee's office is that of an administrative head and high government official, she should not be called to testify personally without a clear showing that her testimony would be "essential to prevent prejudice or injustice" to Plaintiff. *Bardoff*, 628 A.2d at 93; *Davis*, 390 A.2d at 981. As noted, agency heads are entitled to special protections from deposition. *Alliance for*

2

*Global Justice*, at 2005 U.S. Dist. LEXIS 15190 at *8; *see also Davis*, 390 A.2d at 981. Ms. Rhee should not be required to give personal testimony unless Plaintiffs first show that Ms. Rhee possesses personal and important knowledge of the events at issue that cannot be obtained elsewhere. *See Id.*

Chancellor Rhee was not with DCPS during the time periods in plaintiffs' complaint and therefore does not possess personal knowledge of the events at issue. Additionally, even if Ms. Rhee did possess information relevant to Plaintiffs' case, Plaintiffs have not shown that the relevant information cannot be obtained elsewhere.

Because of the managerial nature of her office and the vast number of employees under her direction, Ms. Rhee must delegate responsibility to lower ranking employees to carry on the day-to-day activities of DCPS. These delegates would be alternative sources for whatever information Ms. Rhee may possess. Not only would these individuals not suffer the same burdens and hardships as would a high government official by giving personal testimony at a deposition, such testimony would not add anything to that of delegates who may possess knowledge of the events at issue.

High government officials such as Chancellor Rhee should not be required to provide personal testimony unless "a clear showing is made that such a proceeding is essential to prevent prejudice or injustice to the party who would require it." *Bardoff,* 628 A.2d at 93. The burden is upon Plaintiffs to make such a showing.

3

## CONCLUSION

For the reasons set forth above, defendant Chancellor Rhee respectfully requests that this Court grant her Motion for Protective Order and to Quash Notice of Deposition.

Dated: July 30, 2008                              Respectfully Submitted,

PETER J. NICKLES
Acting Attorney General for the
District of Columbia


GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


__/s/ Toni Michelle Jackson_____
TONI MICHELLE JACKSON [453765]
Chief, General Litigation Section III


_____/s/ Alex Karpinski_____
ALEX KARPINSKI [982184]
Assistant Attorney General
441 4th Street, N.W., 6th Floor South
Washington, D.C. 20001
alex.karpinski@dc.gov

4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, CAROLYN SESSOMS, AND CONNIE SPRIGGS, : : : Plaintiffs, : : v. : : DISTRICT OF COLUMBIA, *et al.*, : : Defendants. : | Case No. 07-01116 (JR) |

## ORDER

Before the Court is defendant Chancellor Rhee's Motion for Protective Order and to Quash Notice of Deposition. Upon consideration of the Motion, and any opposition or reply thereto, it is this ___ day of _____, 2008:

**ORDERED** that the Motion filed on behalf of Chancellor Rhee is granted; and it is

**FURTHER ORDERED** that the Notice of Deposition served upon Chancellor Rhee is **quashed**; and it is

**FURTHER ORDERED** that Plaintiffs are prohibited from taking the deposition of Chancellor Rhee.

_____
**JUDGE JAMES ROBERTSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 1:07-cv-01116 |
| DISTRICT OF COLUMBIA, et al., | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S FIRST AMENDED NOTICE OF
DEPOSITION OF PAMELA GRAHAM**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Pamela Graham. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Monday August 4, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

/s/ Vincent Melehy
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, this Notice of deposition of Pamela Graham was served by facsimile and Federal Express on:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:07-cv-01116 |
| ) | |
| DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFF'S FIRST AMENDED NOTICE OF DEPOSITION OF CLIFFORD P. JANEY**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Clifford P. Janey. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Friday, August 1, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

/s/ Vincent Melehy
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, this Notice of deposition of Clifford P. Janey was served facsimile and by Federal Express on:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAULA DUCKETT, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 1:07-cv-01116 |
| DISTRICT OF COLUMBIA, et al., | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFF'S FIRST AMENDED NOTICE OF
DEPOSITION OF MICHELLE RHEE**

Plaintiffs, through their undersigned counsel, will take the deposition upon oral examination of Michelle Rhee. The deposition shall be recorded by stenographic means and be taken before an officer authorized and qualified to administer an oath. The deposition will take place at 8403 Colesville Road, Suite 610, Silver Spring, MD 20910 on Thursday, July 31, 2008 at 10:00 a.m. If necessary, the deposition will continue on another agreeable date and time at the same location. The deposition will be used for the purposes of discovery, or at trial or both.

Respectfully Submitted,

_____
Vincent Melehy, Esq.
Melehy & Associates, LLC
8403 Colesville Rd., Suite 610
Silver Spring, MD 20910
Phone: (301) 587-6364
Fax:    (301) 587-6308
Email: ovmelehy@melehylaw.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of July, 2008, this Notice of deposition of Michelle Rhee was served by Federal Express and by facsimile on:

Alex Karpinski, Esquire
Assistant Attorney General
Office of the Attorney General
for the District of Columbia
441 4th Street, N.W., Suite 6S052
Washington, DC 20001
Fax: (202) 727-3625

*Attorneys for Defendants*

_____
Vincent Melehy